AO 241
(Rev. 01/15)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Central | |
|---|---|---|
| Name (under which you were convicted): <br><br> BLAIR CHRISTOPHER HANLOH | | Docket or Case No.: <br><br> *SACV17-00113 JLS(DFM)* |
| Place of Confinement : <br> Theo Lacy Jail (Sentence served & released) | Prisoner No.: | |
| Petitioner (include the name under which you were convicted) <br><br> HANLOH, BLAIR CHRISTOPHER | v. | Respondent (authorized person having custody of petitioner) <br><br> PEOPLE OF THE STATE OF CALIFORNIA |
| The Attorney General of the State of: California | | |

### PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    Superior Court of California, County of Orange

    Central Justice Center

    700 W. Civic Center Dr., Santa Ana, CA 92701

    (b) Criminal docket or case number (if you know):   10CF1450

2.  (a) Date of the judgment of conviction (if you know):

    (b) Date of sentencing:

3.  Length of sentence:   4-Year in County Jail

4.  In this case, were you convicted on more than one count or of more than one crime?   ☑ Yes   ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case:

    Counts 115(A)

6.  (a) What was your plea? (Check one)

    ☐ (1)   Not guilty        ☐ (3)   Nolo contendere (no contest)

    ☐ (2)   Guilty            ☐ (4)   Insanity plea

AO 241
(Rev. 01/15)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did
you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

     ☑ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

     ☑ Yes    ☐ No

8.    Did you appeal from the judgment of conviction?

     ☑ Yes    ☐ No

9.    If you did appeal, answer the following:

(a) Name of court:   Court of Appeal Fourth Appellate District Division Three

(b) Docket or case number (if you know):   G052517

(c) Result:   Affirmed Conviction

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised:   If a factual document could be a false document?

_____

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?   ☑ Yes   ☐ No

    If yes, answer the following:

    (1) Name of court:   California Supreme Court

    (2) Docket or case number (if you know): _____

    (3) Result:   Would not hear.

    (4) Date of result (if you know): _____

AO 241
(Rev. 01/15)

Page 4

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?     ☐ Yes     ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?     ☐ Yes     ☑ No

11. If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes     ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

AO 241
(Rev. 01/15)

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐  Yes        ☐  No

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO 241
(Rev. 01/15)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❏ Yes        ❏ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ❏ Yes       ❏ No

(2) Second petition:  ❏ Yes       ❏ No

(3) Third petition:   ❏ Yes       ❏ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Is it a violation of my Constitutional and Civil Rights for the State of California to prosecute me or anyone without having jurisdiction?

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

In 2009, currently, and prior to case 10CF1450 being filed, I Blair Christopher Hanloh recorded upon his CA Drivers License N9843840 - ALL RIGHTS RESERVED WITHOUT PREJUDICE PER UCC 1-308. This valid reservation of rights requires an injured party to prosecute me for any Commercial crimes within the State of California. My Reservation of Rights is my remedy in the code and it precluded the State of California from having jurisdiction at anytime when an injured party did not exist. The state and Appeal court ignored the narrow meaning of Law that my valid reservation of rights remedy protected and prosecuted me under the "code", thus ignoring my remdy in the code - my right to face an accuser that is my Constitutional and Civil Right!

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

AO 241
(Rev. 01/15)

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

AO 241
(Rev. 01/15)

Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: _____

_____

**GROUND TWO:**          Is it a violation of my Constitutional and Civil Rights for the State to prosecute me

under a colorable jurisdiction known as the "code" when the same "code" gives me rights that the State ignores?

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The only jurisdiction in the US and state is under law, equity and amiralty under Article 3. The Federal corporation

grants to the states a colorable jurisdiction known as the Uniform Commercial Code (UCC) and at UCC 1-308 it

expressly grants me my remedy for any legal process under commercial law in the US. The State of California

used the UCC (code) against me and ignored and refused, and continues to harm me by its refusal to

acknowledge my remedy. That remedy is my Constitutional and Civil Right that protects me from an

abusive state known as the State of California and for which I ask the Federal Court for help. My valid reservation

of rights forces the state, the state courts and the federal courts to adhere to the Law - without an injured party

there can be no jurisdiction, and without jurisdiction there can be no court proceedings.

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

(c)      **Direct Appeal of Ground Two:**

      (1) If you appealed from the judgment of conviction, did you raise this issue?      ☐   Yes      ☐   No

      (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

      _____

(d)      **Post-Conviction Proceedings:**

      (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

          ☐   Yes      ☐   No

      (2) If your answer to Question (d)(1) is "Yes," state:

      Type of motion or petition:

      Name and location of the court where the motion or petition was filed: _____

      _____

      Docket or case number (if you know): _____

      Date of the court's decision: _____

AO 241
(Rev. 01/15)

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?                    ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?               ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

_____

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

AO 241
(Rev. 01/15)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

_____

(c)   **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐   Yes     ☐   No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐   Yes     ☐   No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?          ☐   Yes     ☐   No

(4) Did you appeal from the denial of your motion or petition?      ☐   Yes     ☐   No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐   Yes     ☐   No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

AO 241
(Rev. 01/15)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ❏  Yes     ❏  No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ❏  Yes     ❏  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241
(Rev. 01/15)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?                ❑ Yes      ❑ No

(4) Did you appeal from the denial of your motion or petition?         ❑ Yes      ❑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ❑ Yes      ❑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

   (a)   Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☐ Yes    ☐ No

       If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

       _____

       _____

       _____

   (b)   Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

       _____

       _____

       _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes    ☐ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

   _____

   _____

   _____

   _____

   _____

   _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes    ☐ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

   _____

   _____

   _____

   _____

   _____

AO 241
(Rev. 01/15)

16.   Give the name and address, if you know, of each attorney who represented you in the following stages of the
      judgment you are challenging:

      (a) At preliminary hearing: _____

      _____

      (b) At arraignment and plea: _____

      _____

      (c) At trial: _____

      _____

      (d) At sentencing: _____

      _____

      (e) On appeal: _____

      _____

      (f) In any post-conviction proceeding: _____

      _____

      (g) On appeal from any ruling against you in a post-conviction proceeding: _____

      _____

      _____

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are
      challenging?          ❒  Yes     ❒  No

      (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

      _____

      _____

      (b) Give the date the other sentence was imposed: _____

      (c) Give the length of the other sentence: _____

      (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the
      future?          ❒  Yes     ❒  No

18.   TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

      why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

      My original complaint SA-CV-15-01681-JLS (DFM) was dimissed on 6/10/2016 with leave to ammend

      within 1-year. _____

      _____

      _____

      _____

AO 241
(Rev. 01/15)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

          (A)     the date on which the judgment became final by the conclusion of direct review or the expiration
of the time for seeking such review;

          (B)     the date on which the impediment to filing an application created by State action in violation of
the Constitution or laws of the United States is removed, if the applicant was prevented from
filing by such state action;

          (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court,
if the right has been newly recognized by the Supreme Court and made retroactively applicable to
cases on collateral review; or

          (D)     the date on which the factual predicate of the claim or claims presented could have been
discovered through the exercise of due diligence.

AO 241
(Rev. 01/15)

(2)   The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:   Void my conviction and sentence, declare that the

state and Orange County violated my rights, declare that the State of California never had jurisdiction over BLAIR

CHRISTOPHER HANLOH, declare that the Superior Court and Appellate Court erred,

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____01/10/2017_____ (date).

_____

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____