FILED

1  BLAIR CHRISTOPHER HANLOH (Full Name)
2  9371 VERNON AVE _____ (Address Line 1)
3  MONTCLAIR, CA 91763 _____ (Address Line 2)
4  714-235-4800 _____ (Phone Number)
5  PLAINTIFF _____ in Pro Per
6  (indicate Plaintiff or Defendant)

2017 JAN 25 PM 3:52

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BLAIR CHRISTOPHER HANLOH,  ) Case No.: SACV17-00113 JLS(DFM)
          Plaintiff,       )
    vs.                    ) **PROOF OF SERVICE BY MAIL**
PEOPLE OF THE STATE        )
OF CALIFORNIA              )
                           )
                           )
                           )
                        ,  )
          Defendant(s).    )
                           )

I, ADRIAN RIEHLE, declare as follows:
(name of person serving documents)

My address is 1319 S. EUCLID ST.
ANAHEIM, CA 92802 _____, which is located in the county where the mailing described below took place.

On __1-23-17__, I served the document(s) described as:
(date of mailing)

PETITION UNDER 28 USC SEC. 2254 FOR WRIT
(list the names of the documents you are mailing)
OF HABEAS CORPUS

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in __ANAHEIM, CALIFORNIA__,
(city and state of mailing)
addressed to:

OFFICE OF THE ATTORNEY GENERAL (name)
300 SOUTH SPRING STREET (address)
LOS ANGELES, CA (address)
90013-1230 (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __JAN. 23, 2017__ at __ANAHEIM, CALIFORNIA__.
(date)                        (city and state of signing)

(sign)

ADRIAN RIEHLE
(print name)

Pro Se Clinic Form

2
Proof of Service