FILED

2017 FEB 28 PM 3:36

Blair Hanloh
9371 Vernon Ave.
Montclair, Calif. 91763
Telephone (714) 235-4800
Facsimile: (323) 214-8080

Petitioner in Pro Per

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BLAIR CHRISTOPHER HANLOH,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | Case No. SACV 17-00113-JLS (DFM)<br><br>RESPONSE TO ORDER TO SHOW CAUSE, NOTICE OF OBJECTION TO DISMISAL, AND MOTION TO COMPEL |
| BLAIR CHRISTOPHER HANLOH,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | Case No. SACV 17-00114-JLS (DFM) |
| BLAIR CHRISTOPHER HANLOH,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | Case No. SACV 17-00116-JLS (DFM) |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND THE HONORABLE JUDGES THEREOF:

    PLEASE TAKE NOTICE that Petitioner BLAIR CHRISTOPHER HANLOH ("Petitioner") hereby objects to the Magistrate Judge's conclusions and objects to any dismissal or denial of any right.

    Petitioner BLAIR CHRISTOPHER HANLOH reserves all rights – ALL RIGHTS RESERVED WITHOUT PREJUDICE.

    BLAIR CHRISTOPHER HANLOH is entitled and the United States District Court, Central District of California is empowered whenever a federal constitutional claim exists, when extraordinary circumstances exist, and where the danger of irreparable harm is both great and immediate. A Constitutional and Civil Rights violation exists, and has existed, as follows:

1.    Is it a violation of my Constitutional and Civil Rights for the state to prosecute me without jurisdiction?

2.    Is it a violation of my Constitutional and Civil Rights for the state to prosecute me under a colorable jurisdiction known as the "code" when the same "code" gave me rights that the state ignored?

# I

# BACKGROUND

    Petitioner BLAIR CHRISTOPHER HANLOH's Constitutional and Civil Rights question to this honorable court has involved jurisdiction of the state court in this instant. Namely, can any state court proceed without having jurisdiction? The simple answer is no. Thus, the simple answer to the above two questions is yes regarding the violations of both my Constitutional and Civil Rights. Additionally, when a judgment is obtained through fraud, deceit, and without jurisdiction by a state court, does that judgment stand? The simple answer is no. Then, is it the duty of the Federal Court to protect the Petitioner from the state? The simple answer is yes.

    Petitioner filed two previous petitions with this court - Case No. SACV 15-1540-JLS (DFM) and Case No. SACV 15-01681-JLS (DFM) asking the same Constitutional, Civil Rights, and jurisdictional questions, albeit not perfectly framed, and filed an objection to their dismissal

by this court. Petitioner is under the belief that because they were dismissed without prejudice that this allows the Petitioner to re-file his petition.

## II

## DISCUSSION

**Jurisdiction** - Petitioner BLAIR CHRISTOPHER HANLOH requests this honorable court to hear his case because the United States District Court, Central District of California is empowered whenever a federal constitutional claim exists, when extraordinary circumstances exist, and where the danger of irreparable harm is both great and immediate. Additionally, the Petitioner attempted to amend SACV 15-1540-JLS (DFM) and SACV 15-01681-JLS (DFM), filed while the Petitioner was in custody, and was told by the Clerk to file the new petitions that are before this court. Petitioner BLAIR CHRISTOPHER HANLOH has reserved all his rights – ALL RIGHTS RESERVED WITHOUT PREJUDICE. No right shall be denied to the Petitioner by this honorable court.

**Frivolousness** – This federal court, while correct that the UCC is not Law, completely ignores what the Code of Federal Regulations at 27 CFR states...all crimes are commercial –

CFR Title 27, Chapter 1, Subchapter F, Part 72, Subpart B, Section 72.11 -

§ 72.11 Meaning of terms.

MEANING OF TERMS: As used in this part, unless the context otherwise requires, terms shall have the meanings ascribed in this section. Words in the plural form shall include the singular, and vice versa, and words importing the masculine gender shall include the feminine. The terms "includes" and "including" do not exclude things not enumerated which are in the same general class.

COMMERCIAL CRIMES: Any of the following types of crimes (FEDERAL OR STATE): Offenses against the revenue laws; burglary; counterfeiting; forgery; kidnapping; larceny; robbery; illegal sale or possession of deadly weapons; prostitution (including soliciting, procuring, pandering, white slaving, keeping house of ill fame, and like offenses); extortion; swindling and confidence games; and attempting to commit, conspiring to commit, or

compounding any of the foregoing crimes. Addiction to narcotic drugs and use of marijuana will be treated as if such were commercial crime."

Petitioner BLAIR CHRISTOPHER HANLOH was criminally prosecuted by the state of California for a commercial crime and this fact was affirmed in his California Court of Appeal, Fourth District, Division Three Case G052517 decision where it stated that the Defendant was technically correct under the narrow meaning of the Law, but under a broader intent of the statute he violated the code (a commercial crime) and the conviction was upheld (for a commercial crime). Thus, the state of California criminally prosecuted Petitioner BLAIR CHRISTOPHER HANLOH for a commercial crime.

The Magistrate Judges contention that Petitioners claim is flawed and frivolous is incorrect and furthermore the case quoted by this court (Brzezinski v. Smith) states that the UCC speaks only to commercial law (Petitioner agrees) and Petitioner gives as judicial notice that the Petitioner has never alleged that the UCC was the basis for bringing the Habeas Corpus action.

The basis for the action before this court is that a violation of my Constitutional and Civil Rights has occurred and this court is the proper forum to enforce my rights and protect me from further harm by the state of California. This harm continues because the Petitioner is on probation.

### III

### ARGUMENT

Petitioner BLAIR CHRISTOPHER HANLOH has reserved all his rights – ALL RIGHTS RESERVED WITHOUT PREJUDICE and additionally he has made this explicit valid reservation of rights upon his California Driver's License #N9843840. This reservation of rights is made with the only "KNOWN" contract that exists with the state of California. This contract was identified in the criminal proceedings as Blair Christopher Hanloh N9843840.

The Petitioner making a valid reservation of rights is not compelled to perform under any contract or commercial agreement that the Petitioner did not enter knowingly, voluntarily, and intentionally and the Petitioner reserves the right to not accept the liability of any compelled benefit, or any unrevealed contract or commercial agreement.

The Petitioner's reservation of rights compels all courts, and this included this Federal Court, to construe any and all statutes in harmony with the Common Law – There must exist a damaged party for any court to have jurisdiction over the Petitioner.

Additionally, the Petitioner does not understand and this honorable federal court does not stand under a state superior court or District Attorney operating outside the Law.

The Petitioner's valid reservation of rights is stated and recorded prior to his arrest and detention upon his California Driver's License #N9843840 in connection with his signature as follows: WITHOUT PREJUDICE UCC 1-308 and ALL RIGHTS RESERVED WITHOUT PREJUDICE UCC 1-308.

Petitioner BLAIR CHRISTOPHER HANLOH has exercised his remedy and recourse by the making of a valid reservation of rights (UCC 1-308). "The code is complimentary to the common law, which remains in force, except where displaced by the code. A statute should be construed in harmony with the common law, unless there is a clear legislative intent to abrogate the common law" (UCC 1-103.6).

The state court never had jurisdiction over the Petitioner –

- No jurisdiction exists over the Petitioner under Common Law jurisdiction
- No jurisdiction exists over the Petitioner under Admiralty/Maritime jurisdiction
- No jurisdiction exists over the Petitioner under any Colorable or Statutory jurisdiction UNLESS an injured party exists/existed.

Thus, the state of California never had jurisdiction over the Petitioner, thereby denied, trampled upon, and harmed greatly the Petitioner and his Constitutional Rights and Civil Rights.

### IIII

### MOTION TO COMPEL

Petitioner BLAIR CHRISTOPHER HANLOH moves this court to compel the People of the State of California, having failed to have an injured party, to produce the contract or commercial agreement that would give them jurisdiction over him at the time of his arrest or prosecution.

And if the People are unable to show jurisdiction in any case against the Petitioner and Plaintiff, and it is my right to challenge jurisdiction at any time, this court shall compel the People to state that the judgments against the Petitioner and Plaintiff Blair Christopher Hanloh were void from the beginning.

## V

## PRAYER

WHEREFORE, BLAIR CHRISTOPHER HANLOH hereby moves the United States District Court, Central District of California to void all judgements associated with Petitioner and Plaintiff Blair Christopher Hanloh due to the People of the State of California never having jurisdiction.

DATED: February 27, 2017

By: _____
Blair Christopher Hanloh
ALL RIGHTS RESERVED WITHOUT PREJUDICE