Blair Hanloh
9371 Vernon Ave.
Montclair, Calif. 91763
Telephone (714) 235-4800
Facsimile: (323) 214-8080

Petitioner in Pro Per

FILED
2017 FEB 28 PM 3:36

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| BLAIR CHRISTOPHER HANLOH,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | Case No. SACV 17-00113-JLS (DFM)<br>Case No. SACV 17-00114-JLS (DFM)<br>Case No. SACV 17-00116-JLS (DFM)<br><br>**PROOF OF SERVICE BY MAIL** |
| BLAIR CHRISTOPHER HANLOH,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | |
| BLAIR CHRISTOPHER HANLOH,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | |

I, ADRIAN RIEHLE, declares as follows:

My address is 1319 S. Euclid St., Anaheim, CA 92802, which is located in the county where the mailing described below took place.

On February 28, 2017, I served the following documents:
RESPONSE TO ORDER TO SHOW CAUSE, OBJECTION TO DISMISSAL, MOTION TO COMPEL

On all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in ANAHEIM, CALIFORNIA, addressed to:

OFFICE OF THE ATTORNEY GENERAL
300 SOUTH SPRING STREET
LOS ANGELES, CA 90013-1230

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 28, 2017 at ANAHEIM, CALIFORNIA

_____
ADRIAN RIEHLE